UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONNER S. CROWE,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF SPOKANE VALLEY, et al.,<br><br>        Defendants. | No. CV-15-00349-JLQ<br><br>ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the Stipulated Motion for Dismissal (ECF No. 9) wherein the parties inform the court that the matter has settled and jointly move the court for an order of dismissal with prejudice.

**IT IS HEREBY ORDERED**:

    1. The Stipulated Motion (ECF No. 9) is **GRANTED**.

    2. The Clerk of this court shall enter judgment of dismissal of the Complaint and the claims therein with prejudice.

**IT IS SO ORDERED**. The Clerk shall enter this Order and Judgment, provide copies to counsel, and close this file.

Dated this 11th day of March, 2016.

                s/ Justin L. Quackenbush
                JUSTIN L. QUACKENBUSH
       SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1